# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathleen Gawne, | No. CV-13-02426-PHX-BSB |
| Plaintiff, | **ORDER** |
| v. | |
| UnitedHealth Group Short Term Disability Plan, et al., | |
| Defendants. | |

The Court has considered the parties' Stipulated Motion to Dismiss Case with Prejudice (Doc. 37), and good cause appearing.

**IT IS ORDERED** that this matter is dismissed with prejudice. Each side will bear its own attorney's fees and costs.

Dated this 18th day of August, 2014.

_____
Bridget S. Bade
United States Magistrate Judge